**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No.  25-20288-TLP** |
| | ) | |
| **JOHN LORENZO BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Jennifer Musselwhite, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter be dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:   /s/Jennifer Musselwhite
Jennifer Musselwhite
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231

1